**Order filed January 25, 2022.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-21-00538-CV
_____

## IN THE INTEREST OF C.U.D., S.L.D., A/K/A S.D., J.P.J.D., K.K.J.D., A.E.D., II, CHILDREN

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2018-37155**

---

### ORDER

This appeal arises out of a case in which the termination of parental rights was at issue. Appellant A.E.D., the father of minors who are the subject of this appeal, filed a brief in this case on January 25, 2022. The brief contains multiple references to the family name of the children, as well as the last name of the child's father, without those names being initialed or redacted. In order to protect the identity of the minors, this court hereby orders appellant to file an amended brief no later than **January 28, 2022** with the father's last name and the family name redacted or represented by an initial or another alias. *See* Tex. R. App. P. 9.8(b)(1)(B).

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.